# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOAQUIN ENRIQUE NISPEROS**  
SO #90506                                                                                    **PLAINTIFF**

v.                              No: 4:20-cv-1001-DPM

**SHANE JONES**, Sheriff, Pope County  
Detention Center; **ROWDY SWEET**,  
Captain, Pope County Detention Center;  
and **BLAKE WILSON**, Chief, Pope  
County Detention Center                                                         **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Nisperos hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. Doc. 2. Instead, his mail is now being returned undelivered. Doc. 4 & 5. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ WPMarshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

18 November 2020