IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOAQUIN ENRIQUE NISPEROS**  PLAINTIFF
SO #90506

v. No: 4:20-cv-1001-DPM

SHANE JONES, Sheriff, Pope County
Detention Center; ROWDY SWEET,
Captain, Pope County Detention Center;
and BLAKE WILSON, Chief, Pope
County Detention Center  DEFENDANTS

**JUDGMENT**

Nisperos's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2020